UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | No. 2:19-cr-00151-7 |
| : | |
| JOEL JAVIER, : | |
| Defendant. : | |

**O R D E R**

**AND NOW,** this 24th day of July, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Defendant's motion for reduction, ECF No. 506, is **DENIED and DISMISSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge